UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/21
```

Joseph Sheridan,

            Plaintiff,

–v–

MSG Networks, et al.,

           Defendants.

21-cv-5575 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court's order dated August 11, 2021, was filed in error and should be disregarded.

    SO ORDERED.

Dated: August 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge